In the Matter of the Application of FRED G. MORITT, Petitioner, Respondent, for an Order Pursuant to Article XIV and Sections 330 and 335 of the Election Law, against S. HOWARD COHEN and Others, Commissioners of Election of the City of New York, Constituting the Board of Elections of the City of New York, Respondents, and THEOPHILUS ALCANTARA, Appellant, Being the Purported Candidate as Specified in the Petition Herein for Nomination of the American

Labor Party to the Public Office of Member of Assembly of the State of New York.— Order granting petitioner's application to strike appellant's name as a candidate for the State Assembly, 17th Assembly District, Kings County, from the official primary ballot, affirmed, without costs. (See *Matter of Buchler* v. *Cohen*, 242 App. Div. 803; affd., 265 N. Y. 605.) Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.